UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

ANDRE WOOD,
PATRICK O'REILLY,

        Defendants.

ORDER
07-CR-112

---

The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(A). On March 10, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendants' motions for suppression of physical evidence and statements be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties. No objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motions for suppression of physical evidence and statements is denied.

The case is referred back to the Magistrate Judge Scott for further proceedings.

SO ORDERED.

                                           s/ *Richard J. Arcara*
                                           HONORABLE RICHARD J. ARCARA
                                           CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT

DATED: March 31, 2008